# SEALED



FILED
SEP -1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | 2:10-MJ-264 GGH |
| v. ) | Under Seal |
| [SEALED] ) | |
| Defendant. ) | |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant; Affidavit in Support of the Criminal Complaint, Arrest Warrant, and Search Warrants; and the Search Warrants and their respective applications in the above referenced case shall be filed under seal and shall not be disclosed to any person, with the exception that a copy of the search warrants will be left at the scenes of the searches and for copies for use by the United States, until further order of the Court.

DATED: September 1, 2010

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1