**FILED**

SEP -3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 10-SW-378 GGH; 10-SW-379 GGH |
|---|---|---|
| Plaintiff, | ) | and 10-MJ-264 GGH |
| v. | ) | ORDER TO UNSEAL |
| [SEALED] | ) | |
| Defendant. | ) | |

UNSEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case, that is 10-SW-378 GGH; 10-SW-379 GGH; and 10-MJ-264 GGH, are, hereby ordered UNSEALED.

DATED: September 3, 2010



_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1