FILED
September 8, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT RONNING, ) <br> ) <br> Defendant. ) | Case No. 2:10MJ00264-GGH-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROBERT RONNING__, Case No. 2:10MJ00264-GGH-1__, Charge __18USC § 922(o), 922(b)(2), 922(m) & 18USC § 371 & 26USC § 5845(a) and 5861__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ __   Release on Personal Recognizance

    __ __   Bail Posted in the Sum of $__

        __ __   Unsecured Appearance Bond

        __ __   Appearance Bond with 10% Deposit

        __ __   Appearance Bond with Surety

        __ __   Corporate Surety Bail Bond

    __✔__   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 8, 2010__ at __2:00 pm__.

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court