Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
ROBERT RONNING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-MJ-0264 GGH |
|                   Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
|   vs. | |
| ROBERT RONNING, | |
|                Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Robert Ronning, that the previously-scheduled preliminary hearing date of November 19, 2010, be vacated and the matter set for status conference on February 3, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 3, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Preliminary Hearing**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated:  November 5, 2010                    Respectfully submitted,


                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for Defendant
                                            ROBERT RONNING


Dated:  November 5, 2010                    U.S. ATTORNEY'S OFFICE


                                            /s/ Michael E. Hansen for
                                            JILL THOMAS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


# ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of November 19, 2010, be vacated and the matter set for preliminary hearing on February 3, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: November 9, 2010              /s/ Gregory G. Hollows
                                     U.S. Magistrate Judge

Ronning.eot

2

**Stipulation and [Proposed] Order to Continue Preliminary Hearing**