1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   ROBERT RONNING

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | No. 2:10-MJ-0264 GGH |
|---|---|---|
| 11 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| 12 | vs. | |
| 13 | ROBERT RONNING, | |
| 14 | Defendant. | |

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their
17 respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and
18 Michael E. Hansen, attorney for defendant Robert Ronning, that the previously-scheduled
19 preliminary hearing date of February 3, 2011, be vacated and the matter set for preliminary
20 hearing on May 12, 2011.
21     This continuance is requested to allow counsel additional time to review discovery with
22 the defendant, to examine possible defenses and to continue investigating the facts of the case.
23     Accordingly, counsel and the defendant agree that time under the Speedy Trial Act
24 from the date this stipulation is lodged, through May 12, 2011, should be excluded in
25 computing time within which trial must commence under the Speedy Trial Act, pursuant to
26 / / / / /
27 / / / / /
28 / / / / /

1

**Stipulation and [Proposed] Order to Continue Preliminary Hearing**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: January 27, 2011                                         Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
ROBERT RONNING

Dated: January 27, 2011                                         U.S. ATTORNEY'S OFFICE

/s/ Michael E. Hansen for
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled preliminary hearing date of February 3, 2011, be vacated and the matter set for preliminary hearing on May 12, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: January 31, 2011                         /s/ Gregory G. Hollows
                                                               _____
                                                               GREGORY G. HOLLOWS
                                                               United States Magistrate Judge

**Stipulation and [Proposed] Order to Continue Preliminary Hearing**