1 Michael E. Hansen
Attorney at Law, SBN 191737
2 711 Ninth Street, Suite 100
Sacramento, CA  95814
3 916.438.7711 FAX 916.438.7721

4 Attorney for Defendant
ROBERT RONNING

5

6

7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA, | No. 2:10-MJ-0264 GGH

11              Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**

12      vs.

13 ROBERT RONNING,

14              Defendant.

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and

18 Michael E. Hansen, attorney for defendant Robert Ronning, that the previously-scheduled

19 preliminary examination date of May 12, 2011, be vacated and the matter set for preliminary

20 examination on August 9, 2011.

21     This continuance is requested to allow counsel additional time to review discovery with

22 the defendant, to examine possible defenses and to continue investigating the facts of the case.

23     Accordingly, counsel and the defendant agree that time under the Speedy Trial Act

24 from the date this stipulation is lodged, through August 9, 2011, should be excluded in

25 computing time within which trial must commence under the Speedy Trial Act, pursuant to

26 / / / / /

27 / / / / /

28 / / / / /

1

**Stipulation and Order to Continue Preliminary Examination**

Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated:  May 3, 2011                                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
ROBERT RONNING

Dated:  May 3, 2011                                    U.S. ATTORNEY'S OFFICE

/s/ Michael E. Hansen for
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled preliminary hearing date of May 12, 2011, be vacated and the matter set for preliminary examination on August 9, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:   May 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order to Continue Preliminary Examination**