1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   ROBERT RONNING

5

6

7       **IN THE UNITED STATES DISTRICT COURT**

8       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA,         | No. 2:10-MJ-0264 GGH

11 |                 Plaintiff,        | **STIPULATION AND ORDER TO**
                                       | **CONTINUE PRELIMINARY**
12 |       vs.                         | **EXAMINATION, AND TO EXCLUDE**
                                       | **TIME PURSUANT TO THE SPEEDY**
13 | ROBERT RONNING,                   | **TRIAL ACT**

14 |                 Defendant.

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and

18 Michael E. Hansen, attorney for defendant Robert Ronning, that the previously-scheduled

19 preliminary examination date of August 9, 2011, be vacated and the matter set for preliminary

20 examination on October 6, 2011.

21      This continuance is requested to allow counsel additional time to review discovery with

22 the defendant, to examine possible defenses and to continue investigating the facts of the case.

23      Accordingly, counsel and the defendant agree that time under the Speedy Trial Act

24 from the date this stipulation is lodged, through October 6, 2011, should be excluded in

25 computing time within which trial must commence under the Speedy Trial Act, pursuant to

26 / / / / /

27 / / / / /

28 / / / / /

1

**Stipulation and [Proposed] Order to Continue Preliminary Examination**

1  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense
2  counsel to prepare].
3  Dated: August 8, 2011					Respectfully submitted,
4
5							/s/ Michael E. Hansen
							MICHAEL E. HANSEN
							Attorney for Defendant
6							ROBERT RONNING
7
8  Dated: August 8, 2011					U.S. ATTORNEY'S OFFICE
9							/s/ Michael E. Hansen for
							JILL THOMAS
10							Assistant U.S. Attorney
							Attorney for Plaintiff
11
12

### **ORDER**

14	IT IS HEREBY ORDERED that the previously-scheduled preliminary hearing date of
15  August 9, 2011, be vacated and the matter set for preliminary examination on October 6, 2011.
16  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
17  and Local Code T4.
18	DATED: August 8, 2011

							_____
							KENDALL J. NEWMAN
							UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Preliminary Examination**