1  Michael E. Hansen [CSBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4
   Attorney for Defendant
5  ROBERT RONNING

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            No. 2:10-MJ-0264 GGH

11                  Plaintiff,           **STIPULATION AND ORDER TO
                                         CONTINUE PRELIMINARY
12      vs.                              EXAMINATION, AND TO EXCLUDE
                                         TIME PURSUANT TO THE SPEEDY
13 ROBERT RONNING,                       TRIAL ACT**

14                  Defendant.

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff, and

18 Michael E. Hansen, attorney for defendant Robert Ronning, that the previously-scheduled

19 preliminary examination date of October 6, 2011, be vacated and the matter set for preliminary

20 examination on December 13, 2011, at 11:00 a.m.

21      This continuance is requested to allow counsel additional time to review discovery with

22 the defendant, to examine possible defenses and to continue investigating the facts of the case,

23 as well as engage in plea negotiations.

24      The Government concurs with this request.

25      Further, the parties agree and stipulate the ends of justice served by the granting of such

26 a continuance outweigh the best interests of the public and the defendant in a speedy trial and

27 that time within which the trial of this case must be commenced under the Speedy Trial Act

28 should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

                                         1

**Stipulation and [Proposed] Order to Continue Preliminary Examination**

1  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
2  stipulation, September 27, 2011, to and including December 13, 2011.
3        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4        IT IS SO STIPULATED.

5  Dated:  September 27, 2011                  Respectfully submitted,

6                                                   /s/ Michael E. Hansen
7                                                   MICHAEL E. HANSEN
                                                 Attorney for Defendant
8                                                   ROBERT RONNING

9  Dated:  September 27, 2011                  BENJAMIN B. WAGNER
                                                 United States Attorney

10                                                 By:  /s/ Michael E. Hansen for
11                                                  JILL THOMAS
                                                 Assistant U.S. Attorney
12                                                 Attorney for Plaintiff

13

14                                                      **ORDER**

15        The Court, having received, read, and considered the stipulation of the parties, and
16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court
18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20  specifically finds that the failure to grant a continuance in this case would deny defense
21  counsel to this stipulation reasonable time necessary for effective preparation, taking into
22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by
23  granting the requested continuance outweigh the best interests of the public and the defendant
24  in a speedy trial.
25        The Court orders that the time from the date of the parties' stipulation, September 27,
26  2011, to and including December 13, 2011, shall be excluded from computation of time within
27  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18
28  U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

**Stipulation and [Proposed] Order to Continue Preliminary Examination**

1  prepare).  It is further ordered that the October 6, 2011, preliminary examination shall be
2  continued until December 13, 2011, at 11:00 a.m.
3  **IT IS SO ORDERED**.
4  DATED:  September 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Preliminary Examination**